UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-03562 |
| Home Healthcare Renewal Services, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING EMERGENCY MOTION TO TRANSFER FUNDS**

This matter coming to be heard on the Debtor's emergency motion to transfer funds, due notice having been given under the circumstances, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. Home Healthcare Renewal Services, Inc., is authorized to transfer up to $19,393.01 to Absolute Home Health, LLC.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  March 20, 2023

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602