UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HOME HEALTHCARE RENEWAL SERVICES, INC. | ) ) | CASE NO. 23-03562 |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | HON. A. BENJAMIN GOLDGAR |

## NOTICE OF MEETING OF CREDITORS
## TO BE CONDUCTED TELEPHONICALLY

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Wednesday, April 19, 2023, at 1:30 p.m**. Please also note that the meeting will be conducted telephonically. Parties wishing to participate in the meeting must call the following number and enter the following passcode when prompted to do so:

**Telephone:**  866-836-3228
**Passcode:**  7434886

Parties will only be able to participate in the meeting of creditors by phone. **NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ Kimberly Bacher*
Kimberly Bacher, Attorney
OFFICE OF THE U.S. TRUSTEE
53 Pleasant Street, Suite 2300
Concord, NH 03301
(603) 333-2782

## CERTIFICATE OF SERVICE

I, Kimberly Bacher, an attorney, certify that on March 22, 2023, I caused to be served a copy of this **Notice Of Meeting Of Creditors To Be Conducted Telephonically** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses on the attached service list. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ Kimberly Bacher*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Justin R. Storer**   jstorer@wfactorlaw.com, bsass@wfactorlaw.com;jstorer@ecf.courtdrive.com
- **Neema T Varghese**   nvarghese@nvconsultingservices.com

**Parties Served via U.S. First Class Mail:**
**(served by BMC Group)**

23-03562|Department of the Treasury |Internal Revenue Service|P.O. Box 7346|Philadelphia, PA 19101-7346|||
23-03562|Home Healthcare Renewal Services, Inc. |1715 North Division Street|Suite 7|Morris, IL 60450-3122|||
23-03562|Internal Revenue Service |Mail Stop 5014CHI|230 S. Dearborn Street, Room 2600|Chicago, IL 60604-1705|||
23-03562|Berkovitch & Bouskila, PLLC |80 Broad St., Suite 3303|New York, NY 10004-2845| |||
23-03562|Byzfunder |530 7th Ave., Suite 505|New York, NY 10018-4890| |||
23-03562|Stori Worth |1447 Lakeside Lane|Morris, IL 60450-4006| |||
23-03562|Justin R. Storer |Law Office of William J. Factor, Ltd.|105 W. Madison St.|Suite 1500|Chicago, IL 60602-4602||
23-03562|Neema T Varghese |NV Consulting Services|701 Potomac, Ste 100|Naperville, IL 60565-3422|||