**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | March 21, 2023 |
| **Bankruptcy Case** | No. 23 B 3562 | **Adversary** | |

**Brief Statement of Motion**

Home Healthcare Renewal Services, Inc.

Order setting Subchapter V status conference

**Names and Addresses of moving counsel**

**Representing**

# ORDER

This case is set for a status conference on May 8, 2023, at 10:00 a.m.  11 U.S.C. § 1188(a).

The debtor's report under 11 U.S.C. § 1188(c) is due on or before May 3, 2023.

*/s/ A. Benjamin Goldgar*

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 23-03562-ABG

Home Healthcare Renewal Services, Inc.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: admin  Page 1 of 2
Date Rcvd: Mar 21, 2023  Form ID: pdf010  Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 30157038 | #+ | Berkovitch & Bouskila, PLLC, 80 Broad St., Suite 3303, New York, NY 10004-2845 |
| 30157039 | + | Byzfunder, 530 7th Ave., Suite 505, New York, NY 10018-4890 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 30163154 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2023 22:59:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30163155 | *+ | Internal Revenue Service, Mail Stop 5014CHI, 230 S Dearborn Street Rm. 2600, Chicago, IL 60604-1705 |
| 30157040 | ##+ | Stori Worth, 1447 Lakeside Lane, Morris, IL 60450-4006 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: pdf010 | Total Noticed: 3 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Justin R. Storer | on behalf of Debtor 1 Home Healthcare Renewal Services Inc. jstorer@wfactorlaw.com, bsass@wfactorlaw.com;jstorer@ecf.courtdrive.com |
| Neema T Varghese | nvarghese@nvconsultingservices.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3