UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  23-03562 |
| Home Healthcare Renewal Services, Inc. | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER GRANTING MOTION TO AUTHORIZE DEBTOR TO USE PREEXISTING BANK ACCOUNT

This matter coming before the court on the debtor's motion to continue using its preexisting bank account with PNC Bank, N.A., due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The debtor is authorized to: (a) continue to use its bank account with PNC Bank, N.A. with account number ending x4527, (b) pay any ordinary course bank fees incurred in connection with the account, and (c) perform its obligations under the documents and arrangements governing the Bank Account.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  April 10, 2023

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison, Ste. 1500
Chicago, IL 60602