**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Home Healthcare Renewal Services, Inc.**, | Bankruptcy No. 23-03562 |
| Debtor. | Honorable A. Benjamin Goldgar |

## BALLOT REPORT

Home Healthcare Renewal Services, Inc., (the "Debtor") submits this Ballot Report in conjunction with the hearing on confirmation of its plan of reorganization (the "Plan") scheduled before this Court on November 13, 2023, at 10:30 a.m.

| Class Description | Balloting Result |
|---|---|
| Class 1 (Byzfunder secured claim). | **Class 1 accepts the Plan.** One ballot was cast. |
| Class 2 (Priority claims) | **Class 2 is deemed to accept the Plan**. No ballots were cast. |
| Class 4 (General unsecured claim) | **Class 3 is deemed to accept the Plan**. No ballots were cast. |

The Plan has received sufficient acceptance to be confirmed. A ballot report form is attached as **Exhibit A**.

## CERTIFICATION

The undersigned counsel hereby certifies that, to the best of his knowledge and belief, all the ballots cast with respect to the Plan have been reviewed, tabulated, and accounted for in this Ballot Report.

Dated: November 8, 2023                    **Home Healthcare Renewal Services, Inc.**,

{00160364}

               By: <u>/s/ Justin R. Storer</u>
               One of Its Attorneys

Justin R. Storer (ARDC 6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 373-7226
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com

# EXHIBIT A

{00160364}

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Name: Home Healthcare Renewal Services, Inc.

Case Number: 23-03562

Confirmation Hearing Date: November 13, 2023

|         | # Ballots Cast | # Accepting | # Rejecting | Amount Accepting | Amount Rejecting | Class Accepts | Class Rejects |
|---------|----------------|-------------|-------------|------------------|------------------|---------------|---------------|
| Class 1 | 1              | 1           |             |                  |                  | X             |               |
| Class 2 | 0              |             |             |                  |                  | X             |               |
| Class 3 | 0              |             |             |                  |                  | X             |               |

|                    | YES | NO |
|--------------------|-----|----|
| **PLAN ACCEPTED**  |     | X  |

Please note the following provisions of Title 11, Section 1126 of the United States Code

(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class help by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interest, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(e) On request of a party in interest, and after notice and a hearing, the court may designate any entity whose acceptance or rejection of such plan was not in good faith, or was not solicited or procured in good faith or in accordance with the provisions of this title.

{00160364}

Dated: November 8, 2023

**Home Healthcare Renewal Services, Inc.,**

By: <u>/s/ Justin R. Storer</u>
One of Its Attorneys

# EXHIBIT B

{00160364}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 11
)
Home Healthcare Renewal Services, Inc. ) Case No. 22-03562
Debtor. )
) Hon. A. Benjamin Goldgar

## BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION

Debtor and Debtor in Possession Home Healthcare Renewal Services, Inc., ("Debtor"), filed a second Amended Plan of Reorganization dated September 18, 2023 (the "Plan") in the above captioned bankruptcy proceeding.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.**

If your ballot is not received by the Debtor's counsel on or before **November 6, 2023** (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor of the Debtor in Class __1__ and in the amount of $47,990.14:

Check One Only:    __X__ Accepts the Plan        _____ Rejects the Plan

Dated: 10/10/2023    Creditor Name: BizFunder NY LLC
Signature: ____
Printed Name of Signatory: Ariel Bouskila
Title: Counsel
Address: 1545 U.S. 202
Pomona NY 10970

**RETURN THIS BALLOT TO:**

Justin R. Storer
Law Office of William J. Factor
105 W. Madison St., Suite 1500
Chicago, IL 60602

or via email: jstorer@wfactorlaw.com