UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  23-03562
Home Healthcare Renewal Services, Inc. )
)  Chapter: 11
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

### ORDER GRANTING APPLICATION OF SUBCHAPTER V TRUSTEE FOR COMPENSATION

THIS MATTER COMING TO BE HEARD on the First Application for Compensation of Neema T. Varghese, Subchapter V Trustee, due notice having been given, and the court being duly advised, IT IS HEREBY ORDERED:

The application is granted. Ms. Varghese is allowed compensation of $2,400.00.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: November 13, 2023

**Prepared by:**

Neema T. Varghese
Subchapter V Trustee
NV Consulting Services LLC
701 Potomac Ave
Naperville, IL 60565
(630) 697-4402